IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Ira Milton Kinard, | ) | |
| | ) | C/A No. 6:10–3246-TMC |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **OPINION & ORDER** |
| | ) | |
| | ) | |
| City of Greenville; Officers | ) | |
| and or Former Officers C.B. | ) | |
| Mills, Matthew Scott Jowers, | ) | |
| and Jeremiah Milliman, | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the court on a motion to dismiss filed by Defendant C.B. Mills ("Mills"). (Dkt. # 74). Plaintiff has not responded to this motion and the time to do so has run. Accordingly, this motion is ripe for resolution.

Mills contends that as an employee of American Services, Inc. ("American Services"), he should be dismissed from this action based upon the "Full and Complete Receipt, Release and Settlement Agreement" (the "Release") executed between Plaintiff Ira Kinard and Mills' employer, American Services. In the Release, Plaintiff settled all of his claims against American Services and its employees and agents. Subsequently, Plaintiff filed a stipulation of dismissal with prejudice only as to American Services. The stipulation was not signed by all the parties to this action as Rule 41(a)(1)(ii), Fed. R. Civ. P., requires. Therefore, the court construed the stipulation as motion to dismiss pursuant to Rule 41(a)(2), granted the motion, and dismissed with prejudice American Services.

In this motion, Mills contends he also should be dismissed from the case with prejudice as the Release included American Services' employees and agents. Reviewing

the record, and without any opposition, the court agrees and finds that dismissal of Mills is appropriate. Based on the foregoing, the court dismisses with prejudice the claims against Defendant C.B. Mills.

    **IT IS SO ORDERED.**

                                                s/Timothy M. Cain
                                                Timothy M. Cain
                                                United States District Judge

Greenville, South Carolina
July 9, 2012