IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Ira Milton Kinard, | ) | |
| | ) | C.A. No. 6:10-3246-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Matthew Scott Jowers and | ) | |
| Jeremiah Milliman, | ) | |
| | ) | |
| Defendants.[1] | ) | |
| _____ | ) | |

This matter is before the court on the Plaintiff's failure to respond to the Court's Order filed on September 14, 2012. (Dkt. # 83). On August 20, 2012, Defendant Milliman filed a Motion for Summary Judgment (Dkt. # 82) and Plaintiff had until September 7, 2012, to file a response. However, Plaintiff, who is represented by counsel, did not timely respond, or file a motion for an extension of the time to respond. On September 14, 2012, the Court advised the Plaintiff that if he failed to respond to the Motion for Summary Judgment within ten (10) days, this action would be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Dkt. # 82).

Rule 41(b) provides that a claim may be dismissed "[f]or failure of the plaintiff to prosecute or to comply with . . . any order of court" and that such a dismissal "operates as an adjudication upon the merits." *See* Fed.R.Civ.P. 41(b). Here, Plaintiff has done both. He has failed to respond to the Defendant's Motion for Summary Judgment and the Court's subsequent Order advising him that this action would be dismissed for failure to prosecute if he failed to respond. Based on the foregoing, it appears the

---

[1]The Court notes that Jowers was never served by Plaintiff.

Plaintiff no longer wishes to pursue this action.

The court concludes that this action should be dismissed pursuant to Fed.R.Civ.P. 41(b) with prejudice for failure to prosecute. Accordingly, **IT IS ORDERED** that this action is **DISMISSED** with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982). *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989).

**IT IS SO ORDERED.**

                                                                  s/Timothy M. Cain
                                                                  United States District Judge

Anderson, South Carolina
September 26, 2012


## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.